UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

BRANDON BENNETT
    Plaintiff,

Case No. 3:20-cv-13032-RHC-CI

v.

HON. ROBERT H. CLELAND

OS RESTAURANT SERVICES, LLC,
A Florida limited liability company, and
OUTBACK STEAKHOUSE OF FLORIDA,
LLC, A Florida limited liability company,
    Defendants.

**NOTICE OF VOLUNTARY DISMISSAL OF ENTIRE CASE**

_____/

**COURTNEY E. MORGAN, JR. (P29137)**
**BRIAN T. KECK (P77668)**
LAW OFFICES OF COURTNEY MORGAN PLLC
Attorneys for Plaintiff
3200 Greenfield, Suite 355
Dearborn, MI 48120
(313) 395-2568/(313) 395-3933 fax
cmorgan@courtneymorganlaw.com
bkeck@courtneymorganlaw.com
_____/

## NOTICE OF VOLUNTARY DISMISSAL OF ENTIRE CASE

Plaintiff, BRANDON BENNETT, by and through his counsel, LAW OFFICES OF COURTNEY MORGAN PLLC hereby voluntarily dismisses his claims in the above referenced matter as to both Defendants pursuant to Federal Rule of Civil Procedure 41 (a)(1)(A)(i) as the Defendants have not filed their answers to Plaintiff's Complaint. Such dismissal shall be *with* prejudice, with each side to bear its own costs and fees.

        Respectfully submitted,

        LAW OFFICES OF COURTNEY MORGAN PLLC

        BY:   */s/* Brian T. Keck                .
               COURTNEY E. MORGAN, JR. (P29137)
               BRIAN T. KECK (P77668)
               Attorneys for Plaintiff
               3200 Greenfield, Suite 355
               Dearborn, MI 48120-1802
               (313) 395-2568

DATED: June 8, 2021